UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACIO G. RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　Respondent. | Case No. 2:18-03628 PSG (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 20, 2021 [Dkt. No. 25], and Petitioner's Objection to Magistrate's Report and Recommendation ("Objection") [Dkt. No. 27].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

　　　　Petitioner's objections are overruled.  In addition, in his Objection, Petitioner argues that an evidentiary hearing is necessary to resolve his claims.  [Id., p. 3].

However, Petitioner fails to demonstrate the state record received and reviewed by the Court is insufficient to resolve his claims. Cullen v. Pinholster, 563 U.S. 170 (2011) (federal court's habeas review ordinarily "is limited to the record that was before the state court that adjudicated the claim on the merits"); Schrirro v. Landrigan, 550 U.S. 465, 474 (2007).

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 25] is accepted;
2. The request for an evidentiary hearing [Dkt. No. 27, p. 3] is denied;
3. The Petition is denied and this action dismissed with prejudice; and
4. Judgment is to be entered accordingly.

DATED: 6/30/2021

THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge