JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACIO G. RAMIREZ, | Case No. 2:18-03628 PSG (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 6/30/2021

_____
THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge